IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SADAT F. MOUSA,

                Plaintiff,

      v.

KAMALA D. HARRIS, et al.,

                Defendants.

NO. C13-140 TEH

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

     Presently before the Court is a motion by Albert L. Boasberg to withdraw as counsel in this case. In support of the motion, Boasberg filed with the Court a document captioned "substitution of attorneys" signed by Mousa, and a declaration by Boasberg stating that Mousa consents to Boasberg's withdrawal. Having carefully reviewed the motion and accompanying papers, the Court finds that oral argument is unnecessary and accordingly VACATES the hearing calendared for August 19, 2013, and GRANTS Boasberg's motion to withdraw as unopposed.

**IT IS SO ORDERED.**

Dated: 07/15/2013

                THELTON E. HENDERSON, JUDGE
                UNITED STATES DISTRICT COURT