IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SADAT F. MOUSA,

                Plaintiff,

                v.

KAMALA D. HARRIS, et al.,

                Defendants.

NO. C13-140 TEH

ORDER OF RECUSAL

    The Court having granted Albert L. Boasberg's motion to withdraw as counsel in this case, Plaintiff Sadat Mousa is now *pro se*. Because I am off the wheel for cases with *pro se* parties, I hereby recuse myself from the above-captioned case and request that it be reassigned.

**IT IS SO ORDERED.**

Dated: 07/15/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT