UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAT F. MOUSA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA D. HARRIS, et al.,<br><br>    Defendants. | Case No. 13-cv-00140-JST<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: ECF Nos. 7, 23, 25, 26 |

    Three motions to dismiss are pending in this action. See ECF Nos. 7, 23, 25, 26. Plaintiff Mousa, who is appearing pro se, may file a response to the motions no later than September 13, 2013. Defendants may file replies no later than fourteen days after the date on which Mousa files a response. A hearing on the motions will be held on October 10, 2013.

    The Court encourages Mousa to seek the assistance of the Legal Help Center, which is located on the 15th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Appointments may be made in person or by calling 415.782.8982.

**IT IS SO ORDERED**.

Dated: July 19, 2013

                                                                                       JON S. TIGAR<br>
                                                           United States District Judge