UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SADAT FAWZI MOUSA,

          Plaintiff,

     v.

KAMALA D. HARRIS, et al.,

          Defendants.

Case No. 13-cv-00140-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 23, 25, 26

Three motions to dismiss are scheduled for a hearing on October 17, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

     **IT IS SO ORDERED.**

Dated: October 3, 2013

_____

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California