UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAT FAWZI MOUSA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAMALA D. HARRIS, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-00140-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 23, 25, 26 |

　　　Three motions to dismiss are scheduled for a hearing on October 17, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

　　　**IT IS SO ORDERED.**

Dated: October 3, 2013

_____
JON S. TIGAR
United States District Judge