UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SADAT FAWZI MOUSA,

    Plaintiff,

    v.

KAMALA D. HARRIS, et al.,

    Defendants.

Case No. 13-cv-00140-JST

**ORDER VACATING HEARING**

Re: Dkt. Nos. 79, 82, 85

    A hearing on Defendants' motions to dismiss is scheduled for April 17, 2014. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

**IT IS SO ORDERED.**

Dated: April 8, 2014

_____
JON S. TIGAR
United States District Judge